# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC.,

            Plaintiff,

v.

ALTICOR, INC., AMWAY CORPORATION,
QUIXTAR INC., and ACCESS BUSINESS
GROUP, LLC.,

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 05-788

TO:   Amway Corporation
        c/o The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Arthur G. Connolly, III, Esquire
        CONNOLLY BOVE LODGE & HUTZ LLP
        The Nemours Building
        1007 North Orange Street
        Post Office Box 2207
        Wilmington, Delaware 19899-2207
        Telephone: (302) 658-9141

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

(BY) DEPUTY CLERK

11-23-05
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 11/23/05

NAME OF SERVER (PRINT): JOSEPH SAIENNI

TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Amway Corporation by serving its Registered Agent, The Corporation Trust Co at 1209 Orange St Wilm DE 19801 at 12:45 pm. Person accepting service: Scott LaScala

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/23/05
Date

Signature of Server: Joseph J. Saienni III

Address of Server: Parcels Inc, 230 N. Market St, Wilm DE 19801

209811