AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC.,

          Plaintiff,

V.

ALTICOR, INC., AMWAY CORPORATION,
QUIXTAR INC., and ACCESS BUSINESS
GROUP, LLC.,

          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 05-788

TO:   Quixter, Inc.
       c/o Delaware Secretary of State
       John G. Townsend Building
       Federal and Duke of York Streets
       Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

       Arthur G. Connolly, III, Esquire
       CONNOLLY BOVE LODGE & HUTZ LLP
       The Nemours Building
       1007 North Orange Street
       Post Office Box 2207
       Wilmington, Delaware 19899-2207
       Telephone: (302) 658-9141

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                     11-23-05
CLERK                                                  DATE

*[signature]*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE November 23, 2005 |
|---|---|
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Delaware Secretary of State 401 Federal Street, Dover DE 19901. Service accepted by Martina Martin at 2:15 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/23/05
Date

Signature of Server: Edward J Jones Jr

Address of Server: 32 Lockerman Street, Ste 109, Dover DE 19904

209811