IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-788-JJF |
| ALTICOR, INC., AMWAY CORPORATION, ) | |
| QUIXTAR INC., and ACCESS BUSINESS ) | |
| GROUP, LLC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time for defendants to answer, move or otherwise plead in response to the Complaint in this action is extended for thirty days, to and including January 12, 2006.

CONNOLLY, BOVE, LODGE & HUTZ LLP    MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Arthur G. Connolly, III*    */s/ Thomas C. Grimm*

Arthur G. Connolly, III (#2667)    Thomas C. Grimm (#1098)
Timothy M. Holly (#4106)    1201 N. Market Street
1007 N. Orange Street    P.O. Box 1347
P.O. Box 2207    Wilmington, DE 19899-1347
Wilmington, DE 19899    (302) 658-9200
(302) 658-9141    tcgefiling@mnat.com
aconnollyIII@cblh.com    *Attorneys for Defendants*
tholly@cblh.com
*Attorneys for Plaintiffs*

SO ORDERED this ___ day of December, 2005

_____
United States District Judge

496493