IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTICOR, INC., AMWAY CORPORATION, ) <br> QUIXTAR INC., ACCESS BUSINESS GROUP, ) <br> LLC., ) <br> ) <br> Defendants. ) | Civil Action No. 05-788 (JJF) <br> Jury Demanded |

**<u>AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)</u>**

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 29th day of December, 2005, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On November 29, 2005, I caused a copy of the Complaint, the Summons for Defendant Alticor, Inc., and a letter addressed to Alticor, Inc., and containing the information required by 10 <u>Del. C.</u> § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Alticor, Inc., pursuant to 10 <u>Del. C.</u> § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On December 5, 2005, the package referenced in paragraph 2, was received by Alticor, Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III

Sworn to and subscribed before me this 29th day of December, 2005.

_____
NOTARY PUBLIC

[Notary Seal: Shirley Anne Jones, Notary Public, State of Delaware, My Commission Expires November 8, 2008]

433646_1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 29, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

      /s/ Arthur G. Connolly, III
      Arthur G. Connolly, III (#2667)

#436686_1