# EXHIBIT A

| Registered No. QB 872 231 485 US | Date Stamp |
|---|---|
| Reg. Fee $ 7.50 | |
| Handling Charge $ | Return Receipt $ 1.75 |
| Postage $ .13 | Restricted Delivery $ |
| Received by | |

Customer Must Declare Full Value $ — With Postal Insurance / Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM: AGC-3
Connolly Bove Lodge + Hutz LLP
1007 N. Orange St
Wilm De 19899-2207

TO: Alticor Inc
7575 E. Fulton St
Ada, Michigan 49355

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alticor, Inc.
7575 E. Fulton St.
Ada, Michigan
49355

2. Article Number

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): R Robey
C. Date of Delivery: 12-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

02-M-1540