# EXHIBIT A

| Registered No. RB 972 331 388 US | Date Stamp |
|---|---|
| Reg. Fee $ 7.50 | |
| Handling Charge $ | Return Receipt $ 1.75 |
| Postage $ 3.43 | Restricted Delivery $ |
| Received by | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance |

FROM: Community Bye Works, 1007 N. Works St, Wilm, DE 19899

TO: Quixtar Inc, 5101 Spaulding Road SE, Ada, Michigan 49355

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com®

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

QUIXTAR INC.
5101 SPAULDING PLAZA SE
ADA, MICH 49355

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name): R Robey

C. Date of Delivery: 12-5-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

DCK 3