# EXHIBIT A

| Registered No. | | Date Stamp |
|---|---|---|
| RB 972 231 384 US | | |
| Reg. Fee $ 7.50 | | |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 3.13 | Restricted Delivery $ | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

FROM: Cornealy Goff, 1077 N. Orange St, Wilm, DE 19899

TO: Akulu Business com, 7375 S. Fulton St, 200 Mich, 49355

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): R. Robey<br>C. Date of Delivery: 12-5-05 |
| 1. Article Addressed to:<br>ACCESS BUSINESS GR<br>7575 E FULTON ST<br>ADA, MICH<br>49355 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540