IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 05-788-JJF |
| ALTICOR, INC., AMWAY CORPORATION, | ) |
| QUIXTAR INC., and ACCESS BUSINESS | ) |
| GROUP, LLC., | ) |
| | ) |
| Defendants. | ) |

## SECOND STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, the parties have discussed a settlement of this action and desire additional time for settlement talks before defendants are required to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time for defendants to answer, move or otherwise plead in response to the Complaint in this action is extended from January 12, 2006, to and including January 30, 2006.

| | |
|---|---|
| CONNOLLY, BOVE, LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| | |
| */s/ Arthur G. Connolly, III* | */s/ Thomas C. Grimm* |
| Arthur G. Connolly, III (#2667) | Thomas C. Grimm (#1098) |
| Timothy M. Holly (#4106) | 1201 N. Market Street |
| 1007 N. Orange Street, P.O. Box 2207 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, DE 19899-1347 |
| (302) 658-9141 | (302) 658-9200 |
| aconnollyIII@cblh.com | tcgefiling@mnat.com |
| tholly@cblh.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this ___ day of January, 2006.

_____
United States District Judge

500448