IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTICOR, INC., AMWAY CORPORATION, ) <br> QUIXTAR INC., ACCESS BUSINESS GROUP, ) <br> LLC., ) <br> ) <br> Defendants. ) | Civil Action No. 05-788 <br> Jury Demanded |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Arthur G. Connolly, III of Connolly Bove Lodge & Hutz LLP enters his appearance in the above-captioned civil action on behalf of Plaintiff Tristrata Technology, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
Timothy M. Holly (#4106)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com
Email: tholly@cblh.com

Of Counsel:
Michael O. Warnecke
David R. Melton
Robert Unikel
Douglas L. Sawyer
Aric S. Jacover
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
545 Madison Avenue, 15th Floor
New York, NY 10022
(212) 688-9840

DATED: January 18, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

      /s/Arthur G. Connolly, III
     Arthur G. Connolly, III (#2667)

#436686_1