IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 05-788-JJF |
| ALTICOR, INC., AMWAY CORPORATION, ) | |
| QUIXTAR INC., and ACCESS BUSINESS ) | |
| GROUP, LLC., ) | |
| ) | |
| Defendants. ) | |

**THIRD STIPULATION AND ORDER TO EXTEND TIME**

WHEREAS, the parties have entered into a settlement agreement to resolve the present case, but need additional time to comply with the terms of the agreement before filing a stipulated dismissal with prejudice pursuant to Fed. R .Civ. P. 41(a)(1).  The parties expect to formally dismiss the case within the next ten (10) days, before defendants are required to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time for defendants to answer, move or otherwise plead in response to the Complaint in this action is extended from January 30, 2006, to and including February 10, 2006.

| | |
|---|---|
| CONNOLLY, BOVE, LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
| */s/ Arthur G. Connolly, III* | */s/ Thomas C. Grimm* |
| Arthur G. Connolly, III (#2667) | Thomas C. Grimm (#1098) |
| Timothy M. Holly (#4106) | 1201 N. Market Street |
| 1007 N. Orange Street, P.O. Box 2207 | P.O. Box 1347 |
| Wilmington, DE  19899 | Wilmington, DE  19899-1347 |
| (302) 658-9141 | (302) 658-9200 |
| aconnollyIII@cblh.com | tcgefiling@mnat.com |
| tholly@cblh.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

2

SO ORDERED this ___ day of January, 2006.

_____
United States District Judge

503921