IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-788-JJF |
| | ) | |
| ALTICOR, INC., AMWAY CORPORATION, | ) | |
| QUIXTAR INC., and ACCESS BUSINESS | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff TriStrata Technology, Inc. and

Defendants Alitcor, Inc., Amway Corporation, Quixtar Inc. and Access Business Group, LLC,

pursuant to Fed. R. Civ. P. 41(a)(1), that this action and all claims and counterclaims asserted by,

or that could have been asserted by, Plaintiff and Defendants are hereby dismissed with

prejudice, with each party to bear its own costs and attorneys' fees.

CONNOLLY, BOVE, LODGE & HUTZ LLP      MORRIS, NICHOLS, ARSHT & TUNNELL


*/s/ Arthur G. Connolly, III*                          */s/ Thomas C. Grimm*

Arthur G. Connolly, III (#2667)                    Thomas C. Grimm (#1098)
Timothy M. Holly (#4106)                           1201 N. Market Street
1007 N. Orange Street                              P.O. Box 1347
P.O. Box 2207                                      Wilmington, DE  19899-1347
Wilmington, DE  19899                              (302) 658-9200
(302) 658-9141                                     tcgefiling@mnat.com
aconnollyIII@cblh.com                              *Attorneys for Defendants*
tholly@cblh.com
*Attorneys for Plaintiff*


SO ORDERED this _____ day of February, 2006.


United States District Judge


505404